FILED IN CHAMBERS
U.S.D.C. - Rome

SEP 2 5 2013

JAMES N. HATTEN, Clerk

Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **SHERRIE J. DUCKWITZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action Number:** |
| **vs.** | : | |
| | : | **1:12-CV-00114-RLV** |
| **GIBSON TECHNICAL SERVICES, INC., and SCOTT STOKES,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

The above-styled case is before the Court on the parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement because Plaintiff's Complaint asserts claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the parties' Joint Motion is **GRANTED** and the Confidential Settlement Agreement and General Release is **APPROVED** and incorporated herein. This Court shall retain jurisdiction over this matter until the terms set forth in Section IV of the Settlement Agreement have been complied with.

IT IS SO ORDERED, this 25ᵗʰ day of Sept, 2013.

9/25/13

HONORABLE ROBERT L. VINING
U.S. DISTRICT COURT JUDGE